**Order entered January 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00868-CR**

**JUAN GABRIEL SOSA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F16-12055-L**

**ORDER**

Appellant, who was convicted of continuous sexual abuse of a child under fourteen years of age, filed his supplemental brief on January 20, 2021. Although appellant generally refers to the victim as the "complaining witness," he uses the victim's name when quoting portions of the record. This Court does not allow a party to file a brief that discloses the names of victims or witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an

electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined. Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed.*"). Accordingly, we **STRIKE** appellant's supplemental brief.

We **ORDER** appellant to refile, within **TEN DAYS** of the date of this order, a supplemental brief that identifies the victim and any others who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record, giving a statement of the case, or attaching an appendix.

We **DIRECT** the Clerk to send copies of this order to Niles Illich and the Dallas County District Attorney.

/s/ DAVID J. SCHENCK
   PRESIDING JUSTICE